# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Karen Jacobs**
(302) 351-9227
(302) 425-4681 FAX
kjacobs@mnat.com

June 10, 2015

**BY E-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Kaavo Inc. v. Amazon.com, Inc., et al.*, C.A. No. 14-353-LPS

Dear Judge Burke:

Pursuant to Your Honor's request during the December 15, 2014 mediation teleconference, the parties write to provide an update on the case status following Chief Judge Stark's decision on defendant Amazon's motion to transfer.

Yesterday, Chief Judge Stark denied Amazon's motion to transfer without prejudice to renew after Your Honor's decision issues on the motions to dismiss and for judgment on the pleadings pursuant to 35 U.S.C. § 101 filed in *Kaavo, Inc. v. AppFog, Inc.*, C.A. No. 14-1193-LPS-CJB and *Kaavo, Inc. v. Cognizant Technology Solutions Corp.*, C.A. No. 14-1192-LPS-CJB, respectively. D.I. 71 in C.A. No. 14-353-LPS. Chief Judge Stark simultaneously stayed the case, vacating all remaining dates in the Scheduling Order. *Id.*

    Respectfully submitted,

    */s/ Karen Jacobs*

    Karen Jacobs (#2881)

cc:    Clerk of Court (By Hand Delivery)
       All Counsel of Record (By E-mail)

9220539.3