IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAAVO INC. ) | |
|  ) | |
| Plaintiff, ) | |
|  ) Civil Action No. 1:14-cv-353-LPS | |
| v. ) | |
|  ) **JURY TRIAL DEMANDED** | |
| AMAZON.COM., INC. and ) | |
| AMAZON WEB SERVICES, INC. ) | |
|  ) | |
| Defendants. ) | |
|  ) | |

## JOINT STATUS REPORT

WHEREAS, on June 9, 2015, the Court stayed the above-captioned case pending disposition of motions to dismiss or for judgment on the pleadings for failure to claim patent eligible subject matter in related cases (C.A. No. 14-1192-LPS-CJB, D.I. 14; C.A. No. 14-cv-1193-LPS-CJB, D.I. 19);

WHEREAS, the June 9, 2015 Order (D.I. 71) required counsel to submit a joint status report by September 10, 2015;

NOW THEREFORE, the parties report that the motions to dismiss or for judgment on the pleadings in the related cases remain pending.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Richard C. Weinblatt* | */s/ Karen Jacobs* |
| Stamatios Stamoulis (#4606) | Karen Jacobs (#2881) |
| Richard C. Weinblatt (#5080) | Megan Dellinger (#5739) |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899-1347 |
| (302) 999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | kjacobs@mnat.com |
| weinblatt@swdelaw.com | mdellinger@mnat.com |
| | |
| *Attorneys for Plaintiff* | Alan M. Fisch |
| *Kaavo Inc.* | R. William Sigler |
| | Jeffrey Saltman |
| | Jennifer K. Robinson |
| | FISCH SIGLER LLP |
| | 5301 Wisconsin Avenue NW |
| | Fourth Floor |
| | Washington, DC 20015 |
| | (202) 362-3500 |
| | |
| | David Saunders |
| | FISCH SIGLER LLP |
| | 96 North Third Street |
| | Suite 260 |
| | San Jose, CA 95112 |
| | (650) 362-8200 |
| | |
| | *Attorneys for Amazon.com, Inc. and* |
| | *Amazon Web Services Inc.* |