IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAAVO INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-353 (LPS) (CJB) |
| | ) |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

### [~~PROPOSED~~] FINAL JUDGMENT

WHEREAS, on March 31, 2016, the Court adopted Judge Burke's report and recommendation finding all of the independent claims (claims 1, 13, 24, and 35) and dependent claim 12 of the '974 patent invalid under 35 U.S.C. § 101 in C.A. No. 14-1192 (D.I. 44) and C.A. No. 14-1193 (D.I. 52);

WHEREAS, on June 18, 2018, the Court issued its Memorandum Opinion and Order granting Defendants' Renewed Motion for Summary Judgment of Invalidity and denying Plaintiff's Motion for Reconsideration (D.I. 144 and 145) that all of the asserted claims of U.S. Patent No. 8,271,974 (the '974 patent) are invalid under 35 U.S.C. § 101;

WHEREAS, on June 18, 2018, the Court issued a Memorandum Opinion and Order regarding claim construction (D.I. 142 and 143), which held that claims 8, 20, and 31 of the '974 patent are invalid as indefinite;

WHEREAS, Plaintiff asserted claims 1, 5-6, 8-9, 11-13, 17-18, 20-21, 23-24, 28-29, 31-32, 34, and 35 (the "Asserted Claims") of the '974 patent against Defendants' systems and methods used to operate AWS CloudFormation including Auto Scaling, CloudWatch and/or Trusted Advisor; and systems and methods used to operate AWS Elastic Beanstalk alone and in combination with Trusted Advisor (collectively, the "Accused Instrumentalities"), and Plaintiff

did not assert any of the non-asserted claims of the '974 patent against the Accused Instrumentalities;

WHEREAS, Plaintiff did not accuse any other of Defendants' products that were available at the time of the filing of the Complaint (D.I. 1) of infringing the '974 patent; and

WHEREAS the '974 patent is the only patent-in-suit in this case.

The Court enters final judgment as follows:

1. Judgment of invalidity of all of the Asserted Claims of the '974 patent on the basis of ineligibility under 35 U.S.C. § 101 is entered in favor of Defendants and against Plaintiff.

2. Judgment of invalidity of claims 8, 20, and 31 of the '974 patent on the basis of indefiniteness is entered in favor of Defendants and against Plaintiff.

3. Plaintiff's claims of infringement of the Asserted Claims of the '974 patent against Defendants are rendered moot and dismissed without prejudice. For avoidance of doubt, this dismissal shall not preclude Plaintiff from asserting the Asserted Claims in the event of a reversal or remand of the Court's orders on appeal.

4. All outstanding motions are denied without prejudice as moot.

5. All of Defendants' remaining defenses are dismissed without prejudice as moot.

6. Any request for costs, including under Federal Rule of Civil Procedure 54(d) and Local Rule 54.1 or motion for attorney's fees shall be deferred until 30 days after all appeals related to this litigation have been exhausted. If neither party files an appeal in this action, the deadline for filing such motions and bills of costs shall be extended to 30 days after the deadline to file an appeal has lapsed.

This is a final judgment and may be appealed if a notice of appeal is filed within 30 days of the date on which this judgment was ordered.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Richard C. Weinblatt* | /s/ *Karen Jacobs* |
| Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | Karen Jacobs (#2881)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>kjacobs@mnat.com<br>mdellinger@mnat.com |
| *Attorneys for Plaintiff Kaavo Inc.* | *Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.* |
| OF COUNSEL:<br><br>James T. Bailey<br>Gregory Pollaro<br>Law Offices of James T. Bailey<br>504 W. 136th, #1B<br>New York, NY 10031<br>(917) 636-1356 | OF COUNSEL:<br><br>Alan M. Fisch<br>R. William Sigler<br>Jeffrey Saltman<br>Joseph Edell<br>FISCH SIGLER LLP<br>5301 Wisconsin Avenue NW, Fourth Floor<br>Washington, DC 20015<br>(202) 362-3500 |

June 29, 2018

SO ORDERED, this 3d day of July, 2018

_____
UNITED STATES DISTRICT JUDGE